93–2450.  Aberdeen Express, Inc. v. Pub. Util. Comm.  *Public Utilities Commission,* Nos. 89–582–TR–AAC and 89–583–TR–AAC.

On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.